## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CUPPLES INTERNATIONAL, INC.; and KNUTSON CONSTRUCTION SERVICES MIDWEST, INC.,<br><br>Defendants. | Case No. 23-CV-00067-SMR-WPK<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

To:   The Court and Defendants Cupples International, Inc. and Knutson Construction Services Midwest, Inc. ("Defendants").

**PLEASE TAKE NOTICE** that Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Travelers Property Casualty Company of America voluntarily dismisses its Complaint for Declaratory Judgment against Defendants without prejudice.

Respectfully submitted,

O'MEARA WAGNER, P.A.

Date: January 16, 2024

/s/ Lance D. Meyer
Michael M. Skram, AT0010321
Lance D. Meyer, Admitted *Pro Hac Vice*
7401 Metro Boulevard, Suite 600
Minneapolis, Minnesota 55439-3034
Telephone: (952) 831-6544
Facsimile: (952) 893-8398
E-mail: MMSkram@OLWKLaw.com
         LDMeyer@OLWKLaw.com

*Attorneys for Plaintiff Travelers Property Casualty Company of America*